■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO VARGAS, Appellant. [27 NYS3d 375]—Order, Supreme

Court, New York County (Marcy L. Kahn, J.), entered on or about October 24, 2014, which adjudicated defendant a level one sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly designated defendant a sexually violent offender because he was convicted of an enumerated sexually violent offense, and the court lacked discretion to do otherwise (*see People v Bullock*, 125 AD3d 1 [1st Dept 2014], *lv denied* 24 NY3d 915 [2015]). Concur—Friedman, J.P., Andrias, Saxe and Richter, JJ.